MARY HEATH, Respondent, *v.* THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued March 11, 1892; decided April 12, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made June 8, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict and affirmed an order denying a motion for a new trial.

*Elihu Root* for appellant.

*Henry Thompson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.